# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | : |
|---|---|
| v. | : CRIMINAL NO. GLR-20-329 |
| MICHAEL GHALI, | : |
| Defendant. | : |

...oOo...

## MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, and Paul A. Riley, Assistant United States Attorney for said District, moves this Honorable Court to order and direct that the case and Indictment in the above-captioned case be **UNSEALED**.

In support of this motion, the United States submits that Defendant was arrested on October 9, 2020 and is now aware of the pending charges and will have his initial appearance in the District of his arrest, the Eastern District of Virginia, today. Hence, the Indictment no longer needs to remain under seal. Furthermore, it is appropriate to unseal this case before the Defendant's upcoming initial appearance.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____
Paul Riley
Assistant United States Attorney

**SO ORDERED**, this _14th_ day of October 2020.

*A. David Copperthite*
_____
**Honorable A. David Copperthite**
**United States Magistrate Judge**