

U.S. Department of Justice

*United States Attorney*
*District of Maryland*

| | | |
|---|---|---|
| *Paul Riley* | *Suite 400* | DIRECT: 410-209-4959 |
| *Assistant United States Attorney* | *36 S. Charles Street* | MAIN: 410-209-4800 |
| *Paul.Riley @usdoj.gov* | *Baltimore, MD 21201-3119* | FAX: 410-962-3091 |

July 24, 2023

**BY ECF**

The Honorable George L. Russell III
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:   *United States v. Michael Ghali*, Crim. No. GLR-20-329

Dear Judge Russell:

  I write on behalf of the parties in the above-referenced matter to provide a further status report.  The parties continue to be in discussions regarding resolution of this matter short of trial and are not yet prepared to ask the Court to set a trial date.

  Accordingly, the parties respectfully request that the Court set a deadline of August 24, 2023 for the parties to provide a further status report.  If the parties reach a plea agreement prior to this date, we will promptly notify chambers.

              Respectfully submitted,

              Erek L. Barron
              United States Attorney

                /s/
         By: Paul A. Riley
            Assistant United States Attorney

CC:  All counsel (by ECF)